# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE HILLYGUS FAMILY TRUST, DATED AUGUST 17, 1993. | No. 75150 |

ROGER HILLYGUS,

                  Appellant,

vs.

KAYCEE ZUSMAN; AND ROBIN RENAE RENWICK,

                  Respondents.

IN THE MATTER OF THE GUARDIANSHIP OF THE PERSON AND ESTATE OF SUSAN HILLYGUS, A PROTECTED PERSON.

ROGER HILLYGUS,

                  Appellant,

vs.

KAYCEE ZUSMAN; AND ROBIN RENAE RENWICK,

                  Respondents.

**FILED**

APR 16 2018



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

No. 75151 ✓

## ORDER DISMISSING APPEALS

These are pro se appeals from a district court order entered in two separate district court cases holding appellant in contempt. Second Judicial District Court, Family Court Division, Washoe County; Frances Doherty, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels,* 100 Nev. 207, 678 P.2d 1152 (1984). Appellant challenges an order entered after an

*18-14364*

evidentiary hearing on an order to show cause why he should not be held in contempt for failure to comply with a prior order directing him to pay money to the Trustee. No statute or court rule provides for an appeal from an order that solely concerns contempt. *See Pengilly v. Rancho Santa Fe Homeowners Ass'n*, 116 Nev. 646, 649, 5 P.3d 569, 571 (2000) (recognizing that a contempt order entered in an ancillary proceeding is not appealable).

We conclude that we lack jurisdiction and we

ORDER these appeals DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Parraguirre

_____ Stiglich , J.
Stiglich

cc: Hon. Frances Doherty, District Judge, Family Court Division
Roger Hillygus
Todd L. Torvinen
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A